

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Angelica Maria Harden
a/k/a Angelica Maria Lopez
a/k/a Angelica Harden
a/k/a Angelica Lopez,

Vs. No. 11-20-00156-CR

The State of Texas,

\* From the 104th District Court
 of Taylor County,
 Trial Court No. 22427B.

\* August 13, 2020

\* Per Curiam Memorandum Opinion
 (Panel consists of: Bailey, C.J.,
 Stretcher, J., and Wright, S.C.J.,
 sitting by assignment)
 (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.